```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE: DEWAYNE ALLEN DEAL,        {   CHAPTER 13
                                  {
                                  {
       DEBTOR                     {   CASE NO. R23-40893-PWB
                                  {
                                  {   JUDGE BONAPFEL
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor's payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (66 months).

3. The Chapter 13 petition fails to include a debt owed to Westgate Resorts, in violation of Bankruptcy Rule 1007(a)(1) and 11 U.S.C. Section 1325(a)(3).

4. The Chapter 13 plan fails to provide for the surrender of a timeshare property to Westgate Resorts, in violation of 11 U.S.C. Section 1325(a)(5)(C).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Albert C. Guthrie, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 142399
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

R23-40893-PWB

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DEWAYNE ALLEN DEAL
1905 HOLLY CREEK COOL SPRINGS RD
CHATSWORTH, GA 30705

This 16th day of August, 2023

Respectfully submitted,

_____/s/_____
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
State Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com